UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| HAYES LEMMERZ INTERNATIONAL ) | No. 01-11490 (MFW) |
| INC., et al. ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |
| HLI CREDITOR TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Adv. Proceeding No. 03-58493 |
| ) | |
| METAL TECHNOLOGIES, INC., d/b/a ) | |
| METAL TECHNOLOGIES ) | |
| WOODSTOCK, LTD. ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., by and through its undersigned counsel, pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8001 and 8002, and Del. Bankr. L.R. 8001-1 hereby appeals the Judgment of the United States Bankruptcy Court for the District of Delaware dated January 26, 2006 and entered on the docket on January 26, 2006 [Docket No. 124] (the "Judgment").

Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., hereby takes this appeal on its own behalf and on behalf of Metal Technologies, Inc., which was incorrectly identified as the defendant in the Judgment. Further, Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., contends that the taking of this appeal does not divest this Court of jurisdiction over its

pending Motion for Correction of Clerical Mistake or to Alter or Amend Judgment filed on January 31, 2006 [Docket No. 127]. See FED. R. BANKR. P. 8002(b).

Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. is filing the instant Notice of Appeal out of an abundance of caution. Metal Technologies, Inc. joins the appeal without conceding that it is a proper party in this case. To the extent the Judgment is deemed to be against Metal Technologies, Inc., however, Metal Technologies, Inc. submits that should be allowed to participate in the appeal.

The names of all parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES | COUNSEL |
|---|---|
| Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd.<br><br>Metal Technologies, Inc. | Greenberg Traurig, LLP<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-7360<br><br>and<br><br>Varnum, Riddering, Schmidt & Howlett LLP<br>Michael S. McElwee, Esq.<br>333 Bridge Street, N.W., Suite 1700<br>Grand Rapids, MI 49504<br>Telephone: (616) 336-6000<br>Facsimile: (616) 336-7000 |
| HLI Creditor Trust | Linda Richenderfer, Esq.<br>Chad J. Toms, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801<br><br>and |

> John S. Delnero, Esq.
> Robert M. Moye, Esq.
> Bell, Boyd & Lloyd LLC
> 70 West Madison Street, Suite 1700
> Chicago, IL 60602-4207

Dated: February 3, 2006

**GREENBERG TRAURIG, LLP**

By: _____
> Dennis A. Meloro (No. 4435)
> The Nemours Building
> 1007 North Orange Street, Suite 1200
> Wilmington, Delaware 19801
> Telephone: (302) 661-7000
> Facsimile: (302) 661-7360

and

**VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP**
> Michael S. McElwee (P36088)
> 333 Bridge Street, N.W., Suite 1700
> Grand Rapids, MI 49504
> Telephone: (616) 336-6000
> Facsimile: (616) 336-7000

Counsel to the Defendant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Hayes Lemmerz International, Inc., *et al.*, | : | Case No. 01-11490 (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

| | : | |
|---|---|---|
| HLI Creditor Trust, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding No. |
| | : | |
| v. | : | A 03-58493 (PBL) |
| | : | |
| Metal Technologies Inc., d/b/a Metal Technologies Woodstock, LTD., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JUDGMENT

Judgment is entered in favor of Defendant and against Plaintiff with regard to the first seven transfers and the first five invoices of the eighth transfer as listed on Trial Exhibit 1, which total $554,244.22, and Plaintiff shall take nothing with regard to such transfers.

Judgment is entered in favor of Plaintiff and against Defendant with regard to the remaining transfers listed on Trial Exhibit 1, which total $272,844.53.

Dated: January 26, 2006
      Wilmington, Delaware

BY THE COURT:

PAUL B. LINDSEY

UNITED STATES BANKRUPTCY JUDGE

TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number:            01-11490 (MFW)
Adversary Proceeding Number:       03-58493 (PBL)
Deputy Clerk Transferring Case:    Margaret A. Stansbury  (302) 252-2900 Ext 5120
Case Type:                         Appeal

**Order, Date Entered and Issues**
Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. Appeals the Judgment dated 1/26/06 and entered on1/26/06 [Docket No. 124].
**Notice of Appeal  (Appeal No. AP-06-11)**
**Motion for Correction of Clerical Mistake or to Alter or Amend Judgment**

| | |
|---|---|
| **Debtor:** | **Hayes Lemmerz International, Inc., et al.** |
| **Counsel:** | Chad J. Toms, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue,<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>Telephone: (302) 421-6800 |
| **Appellant:** | **Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, ltd.; Metal Technologies, Inc.** |
| **Counsel:** | Dennis A. Meloro, Esq.<br>William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Nemours Building 1007 N. Orange Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000<br><br>- and -<br><br>Michael S. McElwee, Esq.<br>Varnum Riddering Schmidt & Howlett LLP<br>333 Bridge Street, N.W., Suite 1700<br>Grand Rapids, MI 49504<br>Telephone: (616) 336-6000 |

|  |  |
|---|---|
| **Appellee:** | **HLI Creditor Trust** |
| **Counsel:** | Chad J. Toms, Esq. |
|  | Linda Richenderfer, Esq. |
|  | Saul Ewing LLP |
|  | 222 Delaware Avenue |
|  | Wilmington, DE 19801 |

                                    - and -

                                John S. Delnero, Esq.
                                Robert M. Moye, Esq.
                                Bell, Boyd & Lloyd LLC
                                70 West Madison Street, Suite 1700
                                Chicago, IL 60602-4207