**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HAYES LEMMERZ INTERNATIONAL | ) | No. 01-11490 (MFW) |
| INC., et al. | ) | Jointly Administered |
| | ) | |
|                 Debtors. | ) | |
| | ) | |
| HLI CREDITOR TRUST, | ) | |
| | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Adv. Proceeding No. 03-58493 |
| | ) | |
| METAL TECHNOLOGIES, INC., d/b/a | ) | |
| METAL TECHNOLOGIES | ) | |
| WOODSTOCK, LTD. | ) | |
|                 Defendant. | ) | |

**DESIGNATION OF THE RECORD AND STATEMENT OF
ISSUES PURSUANT TO BANKRUPTCY RULE 8006**

PLEASE TAKE NOTICE that Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., on its own behalf and on behalf of Metal Technologies, Inc., by and through its undersigned counsel, hereby files this Designation of the record on appeal and statement of issues to be presented pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "**Designation**"). This Designation relates to Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd.'s Notice of Appeal [Docket No. 130], dated February 3, 2006 of the Judgment [Docket No. 124] against Metal Technologies Inc. d/b/a Metal Technologies Woodstock, Ltd., dated January 26, 2006 (the "**Judgment**").

\1829v01\43448.010100

**Designation Of Items To Be Included In Record On Appeal**

Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., on its own behalf and on behalf of Metal Technologies, Inc., hereby designates the following items for inclusion in the record on appeal:

| **Exhibit** | **Description** | **Docket No.** | **Date Docketed** |
|---|---|---|---|
| 1 | Amended Complaint filed by HLI Creditor Trust against Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, Ltd. | 3 | 12/9/2003 |
| 2 | Answer to Complaint filed by Metal Technologies, Inc. and Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. | 5 | 1/7/2004 |
| 3 | Joint Pretrial Memorandum | 100 | 10/7/2005 |
| 4 | Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd.'s Trial Brief | 101 | 10/7/2005 |
| 5 | Joint Pretrial Memorandum | 121 | 12/1/2005 |
| 6 | Opinion | 123 | 1/26/2006 |
| 7 | Judgment | 124 | 1/26/2006 |
| 8 | Transcript of Adversary Trial Before Honorable Paul B. Lindsey on December 7, 2005 at 9:30 a.m. | 126 | 1/30/2006 |
| 9 | Motion for Correction of Clerical Mistake or to Alter or Amend Judgment | 127 | 1/31/2006 |
| 10 | Brief in Support of Motion for Correction of Clerical Mistake or to Alter or Amend Judgment | 128 | 1/31/2006 |
| 11 | Notice of Appeal | 130 | 2/3/2006 |

**Statement Of Issue To Be Presented On Appeal**

1. Whether the Bankruptcy Court erred in naming Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, Ltd. as the defendant in the Judgment rather than Metal

Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. as set forth by stipulation in the parties' Joint Pretrial Memorandum [Docket No. 121] dated December 1, 2005.

Dated: February 13, 2006

**GREENBERG TRAURIG, LLP**

By: _____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

and

**VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP**

Michael S. McElwee (P36088)
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6000
Facsimile: (616) 336-7000

Counsel to the Defendant