IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HAYES LEMMERZ INTERNATIONAL INC., et al. | ) ) ) | Case No. 01-11490 (MFW) Jointly Administered |
| Debtors. | ) ) ) | |
| HLI CREDITOR TRUST, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary No. 03-58493 |
| METAL TECHNOLOGIES, INC., d/b/a METAL TECHNOLOGIES WOODSTOCK, LTD., | ) ) ) ) ) | |
| Defendant. | ) ) | |

### HLI CREDITOR TRUST'S DESIGNATION OF RECORD PURSUANT TO RULE 8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 6 OF THE FEDERAL RULES OF APPELLATE PROCEDURE

**PLEASE TAKE NOTICE** that Plaintiff HLI Creditor Trust (the "HLI Trust"), by and through its undersigned counsel, hereby submits this designation of record (the "Designation of Record") pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "FRBP") and Rule 6 of the Federal Rules of Appellate Procedure (the "FRAP") in connection with Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd.'s Notice of Appeal, dated February 3, 2006 (Docket No. 130) (the "Appeal"), of the judgment against Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, Ltd., dated January 26, 2006 (the "Judgment").

414756/E/2
533195.2 2/23/06

## DESIGNATION OF RECORD

1.  Pursuant to FRBP 8006 and FRAP Rule 6, the HLI Trust hereby designates the following items, including without limitation any and all exhibits and/or attachments thereto, to be included on the record of the Appeal from the Judgment against Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, Ltd., dated January 26, 2006:

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 11/11/2003 | 1 | Complaint by HLI Creditor Trust against Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. (Attachments: # 1 Exhibit A# 2 Notice) Modified on 11/13/2003. (Entered: 11/11/2003) |
| 11/12/2003 | 2 | Summons and Notice of Pretrial Conference (related document1 (Attachments: # 1 Certificate of Service) (Entered: 11/12/2003) |
| 12/10/2003 | 4 | Alias Summons and Notice of Pretrial Conference (Attachments: # 1 Certificate of Service) (Entered: 12/10/2003) |
| 02/11/2004 | 7 | Certification of Counsel *Regarding First Pre-Trial Order*. (Entered: 02/11/2004) |
| 02/12/2004 | 8 | Order (FIRST PRE-TRIAL). Order Signed on 2/12/04. (Entered: 02/13/2004) |
| 02/16/2004 | 9 | Certificate of Service *of First Pre-Trial Order*. (Entered: 02/16/2004) |
| 05/19/2004 | 11 | Second Pre-Trial Scheduling Order. Signed in Court on 05/17/2004 (Entered: 05/19/2004) |
| 05/20/2004 | 12 | Certificate of Service *of the Second Pre-Trial Scheduling Order*. (Entered: 05/20/2004) |
| 06/15/2004 | 16 | Notice of Service of Discovery *re Defendant's* |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
|  |  | *Rule 26 Disclosures* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. (Entered: 06/15/2004) |
| 06/24/2004 | 19 | Notice of Service *of Plaintiff's Rule 26(A)(1) Disclosures*. (Entered: 06/24/2004) |
| 06/24/2004 | 20 | Notice of Service *of Plaintiff's Rule 26(A)(1) Disclosures*. (Entered: 06/24/2004) |
| 08/31/2004 | 21 | Notice of Service of Discovery *Requests*. (Entered: 08/31/2004) |
| 09/22/2004 |  | Response to HLI Creditor Trust's First Set of Requests for Admission to Metal Technologies, Inc. |
| 09/28/2004 | 22 | Notice of Service of Discovery *: Response to HLI Creditor Trust's First Set of Requests for Admission to Metal Technologies, Inc., w/Proof of Service* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. (Entered: 09/29/2004) |
| 10/13/2004 |  | Defendant Metal Technologies, Inc.'s Responses to HLI Creditor Trust's First Set of Requests for Production to Metal Technologies, Inc. |
| 11/2/2004 |  | Defendant Metal Technologies, Inc.'s Answers to HLI Creditor Trust's First Set of Interrogatories to Metal Technologies, Inc. |
| 11/10/2004 | 26 | Certification of Counsel *Regarding Third Pre-Trial Scheduling Order*. (Entered: 11/10/2004) |
| 11/18/2004 | 27 | Third Pre-Trial Scheduling Order (Entered: 11/23/2004) |
| 11/24/2004 | 28 | Certificate of Service *of Third Pre-Trial* |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| | | *Scheduling Order*. (Entered: 11/24/2004) |
| 12/22/2004 | 29 | Notice of Service of Discovery Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.(Entered: 12/22/2004) |
| 01/19/2005 | 30 | Notice of Service *of Rebuttal of Steven D. Sass in Response to Defendant's Expert Report* Filed by HLI Creditor Trust. (Entered: 01/19/2005) |
| 01/26/2005 | 31 | Motion to Compel *Production of Documents* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G) (Entered: 01/26/2005) |
| 02/07/2005 | 32 | Plaintiff's Response In Opposition To Defendant's Motion to Compel Production of Documents (related document(s) 31 ) Filed by HLI Creditor Trust (Attachments: # 1 Certificate of Service). Modified on 2/10/2005. (Entered: 02/07/2005) |
| 02/14/2005 | 34 | Affidavit/Declaration of Service (related document(s)31 ) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 02/14/2005) |
| 02/14/2005 | 35 | Reply *of Metal Technologies, Inc. to HLI Creditor Trust's Response in Opposition to Defendants' Motion to Compel Production of Documents* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Entered: 02/14/2005) |
| 03/15/2005 | 38 | Motion to Strike *Plaintiff's Expert Steven D. Sass* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. Modified on 3/30/2005. (Entered: 03/15/2005) |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 03/15/2005 | 39 | Defendant's Brief in Support of its Motion to Strike Plaintiff's Expert Steven D. Sass (related document(s) 38) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) Modified on 3/16/2005. (Entered: 03/15/2005) |
| 03/18/2005 | 41 | Affidavit/Declaration of Service (related document(s) 38, 39) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 03/18/2005) |
| 03/18/2005 | 42 | Motion For Summary Judgment Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 03/18/2005) |
| 03/18/2005 | 43 | Brief *In Support of Defendants' Motion for Summary Judgment* (related document(s) 42) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Attachments: # 1 Exhibit A-C# 2 Exhibit D-E) (Entered: 03/18/2005) |
| 03/24/2005 | 44 | Notice of Withdrawal *of Defendant's Motion to Strike Plaintiff's Expert Steven D. Sass* (related document(s) 38) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (related document(s) 38). (Entered: 03/24/2005) |
| 04/08/2005 | 54 | Response to *Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment* Filed by HLI Creditor Trust (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Certificate of Service) (Entered: 04/08/2005) |
| 04/15/2005 | 56 | Reply Brief *in Support of Defendant's Motion for Summary Judgment* (related document(s)42 ) Filed |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| | | by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 04/15/2005) |
| 04/25/2005 | 59 | Transcript of Hearing Held Before The Honorable Paul B. Lindsey on April 4, 2005. (related document(s) 46) (Entered: 04/28/2005) |
| 05/04/2005 | 62 | Report of Defendant Regarding Plaintiff's Production of Documents Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. Modified Docket Text on 5/5/2005. (Entered: 05/04/2005) |
| 05/04/2005 | 63 | Motion for Leave *to File Supplemental Materials in Support of Its Response in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment* Filed by HLI Creditor Trust. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Affidavit of John Delnero, Esq.# 7 Affidavit of Andrew McDermott, Esq.# 8 Proposed Form of Order # 9 Certificate of Service) (Entered: 05/04/2005) |
| 05/06/2005 | 64 | Affidavit/Declaration of Service (related document(s) 62) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 05/06/2005) |
| 05/06/2005 | 66 | Response to *HLI Creditor Trust's Motion for Leave to File Supplemental Materials in Support of Its Response in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment* (related document(s) 63) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 05/06/2005) |
| 05/09/2005 | 67 | Response to *Report of MTI Regarding Plaintiff's* |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
|  |  | *Production of Documents* (related document(s) 62) Filed by HLI Creditor Trust (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Certificate of Service) (Richenderfer, Linda) (Entered: 05/09/2005) |
| 05/10/2005 | 70 | Affidavit/Declaration of Service (related document(s) 56). Filed by HLI Creditor Trust (Entered: 05/10/2005) |
| 05/13/2005 | 73 | Reply *to Response of Metal Technologies, Inc. to The Creditor Trust's Motion for Leave to File Supplemental Materials in Support of Its Response in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment* (related document(s) 66, 63) Filed by HLI Creditor Trust (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Entered: 05/13/2005) |
| 05/13/2005 | 74 | Notice of Completion of Briefing *Regarding HLI Creditor Trust's Motion for Leave to File Supplemental Materials in Support of Its Response in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment (D.I. 63)* Filed by HLI Creditor Trust. (Entered: 05/13/2005) |
| 05/17/2005 | 77 | Order Adjourning Trial. Order Signed on 5/16/2005 (related document(s)42 ). (Entered: 05/17/2005) |
| 05/18/2005 | 79 | Certificate of Service (related document(s) 77) Filed by HLI Creditor Trust (Entered: 05/18/2005) |
| 05/20/2005 | 80 | Order Regarding Motion for Leave to File Supplemental Materials in Support of Its Response in Opposition to Defendant's Motion for Summary Judgment and Cross Motion for Summary Judgment. (related document(s) 63) Order Signed on 5/18/2005. (Entered: 05/20/2005) |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 06/28/2005 | 81 | Notice of Oral Argument on Motion for Summary Judgment Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd.. (Entered: 06/28/2005) |
| 08/17/2005 | 85 | Exhibit *Notice of Exhibits Presented During Oral Argument on August 16, 2005* Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 08/17/2005) |
| 08/18/2005 | 86 | Order Denying Motion of Metal Technologies, Inc. For Summary Judgment (Related Doc # 42) Signed on 8/17/2005. (Entered: 08/18/2005) |
| 08/29/2005 | 87 | Affidavit/Declaration of Service (related document(s) 85) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 08/29/2005) |
| 09/07/2005 | 89 | Order Setting Trial Date. (related document(s) 88). Signed on 9/6/2005. (Entered: 09/07/2005) |
| 09/09/2005 | 90 | Certificate of Service (related document(s) 89) Filed by HLI Creditor Trust (Entered: 09/09/2005) |
| 10/05/2005 | 94 | Motion to Extend Time *Reschedule Trial* Filed by HLI Creditor Trust. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Certificate of Service) (Entered: 10/05/2005) |
| 10/05/2005 | 95 | Motion for Expedited Consideration of Motion to Reschedule Trial (Related to D.I. 94) Filed by HLI Creditor Trust. (Entered: 10/05/2005) |
| 10/06/2005 | 96 | Response to *Plaintiff's Motions to Reschedule Trial and for Expedited Consideration* (related document(s) 95, 94) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 10/06/2005) |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
| 10/06/2005 | 97 | Reply *to Defendant's Response to Motion of HLI Creditor Trust to Reschedule Trial* (related document(s) 95, 96, 94) Filed by HLI Creditor Trust (Entered: 10/06/2005) |
| 10/06/2005 | 99 | Motion in Limine *to Exclude Evidence on Ordinary Course Defense* Filed by HLI Creditor Trust. (Attachments: # 1 Exhibit A-F# 2 Proposed Form of Order # 3 Certificate of Service) (Entered: 10/06/2005) |
| 10/11/2005 | 102 | Order (REVISIONS BY THE COURT) Rescheduling Trial. (related document(s)94 ) Signed on 10/7/2005. (Entered: 10/11/2005) |
| 10/11/2005 | 103 | Certificate of Service (related document(s)102) Filed by HLI Creditor Trust (Entered: 10/11/2005) |
| 10/11/2005 | 104 | Affidavit/Declaration of Service (related document(s) 96) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 10/11/2005) |
| 10/11/2005 | 105 | Affidavit/Declaration of Service (related document(s) 101) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 10/11/2005) |
| 10/12/2005 | 106 | Brief *(Trial) of Plaintiff HLI Creditor Trust* Filed by HLI Creditor Trust (Entered: 10/12/2005) |
| 10/13/2005 | 107 | Order Denying Plaintiff's Motion in Limine. (Related Doc # 99) Order Signed on 10/12/2005. (Entered: 10/13/2005) |
| 10/13/2005 | 109 | Motion to Extend Time *Reschedule Trial* Filed by HLI Creditor Trust. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Entered: 10/13/2005) |

| DATE FILED | DOCKET NO. | DESCRIPTION |
| --- | --- | --- |
| 10/13/2005 | 110 | Motion to Allow *for Expedited Consideration of Motion to Reschedule Trial* (related document(s) 109). Filed by HLI Creditor Trust (related document(s)109). (Entered: 10/13/2005) |
| 10/14/2005 | 111 | Response to *Plaintiff's Second Motion to Reschedule Trial* (related document(s) 109) Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 10/14/2005) |
| 10/17/2005 | 112 | Notice of Completion of Briefing *with Respect to the Motion to Reschedule Trial* Filed by HLI Creditor Trust. (Entered: 10/17/2005) |
| 10/18/2005 | 114 | Order On Motion of Plaintiff to Reschedule Trial. (related document(s) 111, 109) Order Signed on 10/17/2005. (Entered: 10/18/2005) |
| 10/18/2005 | 115 | Certificate of Service (related document(s)114) Filed by HLI Creditor Trust. (Entered: 10/18/2005) |
| 12/01/2005 | 119 | Notice of Service *Notice of Filing Joint Pretrial Memorandum* (related document(s)100) Filed by HLI Creditor Trust (related document(s)100). Modified on 12/2/2005. (Entered: 12/01/2005) |
| 12/01/2005 | 120 | Notice of Withdrawal *of Notice of Service of Joint Pretrial Memorandum* Filed by HLI Creditor Trust (related document(s)119). (Entered: 12/01/2005) |
| 02/03/2006 | 131 | Receipt of filing fee for Notice of Appeal (Ap)(03-58493-PBL) [appeal,ntcapl] ( 255.00). (Entered: 02/03/2006) |
| 02/10/2006 | 132 | Response to *Defendant Metal Technologies, Inc.'s Motion for Correction of Clerical Mistake or to Alter or Amend Judgment* (related |

| DATE FILED | DOCKET NO. | DESCRIPTION |
|---|---|---|
|  |  | document(s)127). Filed by HLI Creditor Trust (Attachments: # 1 Exhibit A) (Entered: 02/10/2006) |
| 02/13/2006 | 133 | Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues Pursuant to Bankruptcy Rule 8006* (related document(s)130). Filed by Metal Technologies, Inc., d/b/a Metal Technologies Woodstock, Ltd. (Entered: 02/13/2006) |

Dated:  February 23, 2006

Respectfully Submitted,

By:/s/ Chad J. Toms
Norman L. Pernick (No. 2290)
Linda Richenderfer (No. 4138)
Chad J. Toms (No. 4155)
SAUL EWING LLP
222 Delaware Avenue; P.O. Box 1266
Wilmington, Delaware 19899-1266
Telephone: (302) 421-6800
Facsimile: (302) 421-6813

-and-

John S. Delnero
Steven A. Domanowski
BELL, BOYD & LLOYD LLC
70 West Madison Street; Suite 1700
Chicago, Illinois  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

Attorneys for HLI Creditor Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HAYES LEMMERZ INTERNATIONAL INC., et al. | ) ) ) ) | Case No. 01-11490 (MFW) Jointly Administered |
| Debtors. | ) ) ) | |
| HLI CREDITOR TRUST, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adversary No. 03-58493 |
| METAL TECHNOLOGIES, INC., d/b/a METAL TECHNOLOGIES WOODSTOCK, LTD., | ) ) ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

I, Chad J. Toms, hereby certify that on February 23, 2006 I caused a copy of the foregoing **HLI CREDITOR TRUST'S DESIGNATION OF RECORD ON APPEAL PURSUANT TO RULE 8006 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 6 OF THE FEDERAL RULES OF APPELLATE PROCEDURE** to be served as follows by First Class Mail.

Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Perrin Rynders, Esquire
Mary Kay Shavers, Esquire
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P. O. Box 352
Grand Rapids, MI 49501-0352

533195.2 2/23/06

/s/ Chad J. Toms
Chad J. Toms (No. 4155)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
Wilmington, Delaware  19899-1266