UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) <br> ) <br> HAYES LEMMERZ INTERNATIONAL ) <br> INC., et al. ) <br> ) <br>                 Debtors. ) <br> _____) | Chapter 11 <br><br> No. 01-11490 (MFW) <br> Jointly Administered |
| HLI CREDITOR TRUST, ) <br> ) <br>                 Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> METAL TECHNOLOGIES, INC., d/b/a ) <br> METAL TECHNOLOGIES ) <br> WOODSTOCK, LTD. ) <br>                 Defendant. ) <br> _____) | Adv. Proceeding No. 03-58493 |

**DEFENDANT'S MOTION FOR
CORRECTION OF CLERICAL MISTAKE
OR TO ALTER OR AMEND JUDGMENT**

Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. ("Woodstock"), through its undersigned counsel, hereby requests that this Court do one of the following:

1. Correct a clerical mistake in this Court's Judgment dated January 26, 2006, pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure, which incorporates Rule 60(a) of the Federal Rules of Civil Procedure; or

2. Alter or amend the referenced Judgment pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, which incorporates Rule 59(e) of the Federal Rules of Civil Procedure.

1

By stipulation of the parties, set forth in their Joint Pretrial Memorandum, the defendant in this case is Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd. In the Opinion explaining its Judgment, this Court identified the defendant as Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, Ltd. Defendant Woodstock brings this motion to correct the identification of the defendant in this case. This motion is based on the terms this Court's February 23, 2005, General Order Re: Pretrial Procedures in Adversary Proceedings Set For Trial Before Judge Paul B. Lindsey, the parties' Joint Pretrial Memorandum, and a brief being submitted herewith.

Therefore, Defendant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., respectfully requests that this Court's Judgment be corrected, altered, or amended to identify the Defendant as Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd.

Dated: January 31, 2006

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: _____
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

and

**VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP**
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6000
Facsimile: (616) 336-7000