IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**8

IN RE: Hayes Lemmerz International Inc., et al.

| | | |
|---|---|---|
| | ) | |
| Metal Technologies, Inc., d/b/a | ) | |
| Metal Technologies Woodstock, LTD. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-145 |
| | ) | |
| v. | ) | |
| | ) | |
| HLI Creditor Trust | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 01-11490 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/26/06 was docketed in the District Court on 3/3/06:

Judgment in favor of Appellant with regard to the first seven transfers and the first five invoices of the eight transfer listed

Judgment is entered in favor of Appellee with regard to the remaining transfers

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   March 6, 2006

To:    U.S. Bankruptcy Court
        Counsel