### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Hayes Lemmerz International, Inc., *et al.*, | : | Case No. 01-11490  (MFW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

| | | |
|---|---|---|
| HLI Creditor Trust, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding No. |
| | : | |
| v. | : | A 03-58493  (PBL) |
| | : | |
| Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### AMENDED JUDGMENT

In accordance with the Amended Opinion of this Court entered of even date herewith, Judgment is entered in favor of Defendant and against Plaintiff with regard to the first seven transfers and the first five invoices of the eighth transfer as listed on Trial Exhibit 1, which total $554,244.22, and Plaintiff shall take nothing with regard to such transfers.

Judgment is entered in favor of Plaintiff and against Defendant with regard to the remaining transfers listed on Trial Exhibit 1, which total $272,844.53.

Dated: March 6, 2006      BY THE COURT:
      Wilmington, Delaware

_____
PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE