IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Hayes Lemmerz International Inc., et al.

---

| | | |
|---|---|---|
| Metal Technologies, Inc. d/b/a Metal Technologies Woodstock, LTD., | ) ) ) ) | |
| Appellant, | ) ) | Civil Action No. 06-145 |
| v. | ) ) ) | |
| HLI Creditor Trust, | ) ) | |
| Appellee, | ) | Bankruptcy Case No. 01-11490 |

## NOTICE OF DISMISSAL OF APPEAL

PLEASE TAKE NOTICE that Appellant Metal Technologies Woodstock Corporation f/k/a Metal Technologies Woodstock, Ltd., and Appellee HLI Creditor Trust, by and through their undersigned counsel, pursuant to FED. R. BANKR. P. 8001(c)(2), hereby stipulate to the dismissal of the above-captioned appeal of the Judgment of the United States Bankruptcy Court for the District of Delaware dated January 26, 2006 and entered on the docket on January 26, 2006 [Docket No. 124].

| | |
|---|---|
| METAL TECHNOLOGIES WOODSTOCK CORPORATION F/K/A METAL TECHNOLOGIES WOODSTOCK, LTD. | HLI CREDITOR TRUST |
| Dated: April 25, 2006 | Dated: April 25, 2006 |
| /s/ Dennis A. Meloro<br><br>Dennis A. Meloro (No. 4435)<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br>Facsimile: (302) 661-736<br><br>- and -<br><br>Perrin Rynders (P38221)<br>Mary Kay Shaver (P60411)<br>VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP<br>333 Bridge Street, N.W., Suite 1700Grand Rapids, MI 49504<br>Telephone: (616) 336-6000<br>Facsimile: (616) 336-7000<br><br>Attorneys for METAL TECHNOLOGIES WOODSTOCK CORPORATION F/K/A METAL TECHNOLOGIES WOODSTOCK, LTD. | /s/ John S. Delnero<br><br>John S. Delnero<br>BELL, BOYD & LLOYD LLC<br>Three First National Plaza<br>70 West Madison Street, Suite 1700<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>Facsimile: (312) 827-8000<br><br>- and -<br><br>Linda Richenderfer (No. 4138)<br>J. Kate Stickles (No. 2917)<br>Chad J. Toms (No. 4155)<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, Delaware 19899-1266<br>Telephone: (302) 421-6800<br>Facsimile: (302) 421-6813<br><br>Attorneys for HLI CREDITOR TRUST |